| Date | Pleading Number | |
|---|---|---|
| 9/?/72 | 1. | MOTION OF MARTIN MARIETTA CORP. w/supprting brief, certificate of service, & various exhibits.for consolidation of W.D. Mo. action to the EASTERN DISTRICT OF NORTH CAROLINA |
| 10/2/72 | 2. | MARTIN MARIETTA CORP., Response to motion w/cert. of service. |
| 10/2/72 | 3. | M & D ENTERPRISES, Brief in Opposition to motion w/cert. of service. |
| 10/6/72 | 3a | M&D ENTERPRISES, executed stipulation for (3) Brief in Opposition to motion |
| 10/6/72 | 4 | MARTIN MARIETTA CORP. reply brief to M&D Enterprises brief in opposition |
| 10/10/72 | 5 | PLAINTIFF BURROUGHS WELLCOME response to motion, brief and cert of service (only 2 copies received) |
| 10/19/72 | 6 | MARTIN MARIETTA CORP. reply brief to Burroughs Wellcome Co. response. w/cert. of service. |
| 10/24/72 | | HEARING ORDER - setting A-1 and A-2, Wash. D. C. Nov. 29, 1972 Notified counsel, involved judges. |
| 10/31/72 | 7. | WILLIAM A. DUGUID CO., Statement of Position of ., w/cert. of service. |
| 11/3/72 | 8 | PAUL M. RUDOLPH response to motion (statement of position) w/cert. of service. |
| 2/2/73 | | OPINION AND ORDER denying consolidation of litigation pursuant to 28 U.S.C. §1407. Distribution made. |

DOCKET NO. __117__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE BONCOAT PRODUCTS LIABILITY LITIGATION

**Summary of Panel Action**

Date(s) of Hearing(s) _1/29/72_

Date(s) of Opinion(s) or Order(s) _2/2/73 353 F.Supp 1302_

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied _X_   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | M & D Enterprises, Inc., d/b/a M & D Corporation v. Martin Marietta Corp. | W.D. Mo. Collinson | 2854 | denied 2/2/73 | | | Martin Marietta motion-9/21/2 |
| A-2 | Burroughs Wellcome Co. v. Daniel Construction Co., Inc., et al. | E.D.N.C. Dupree | 3036 | denied 2/2/73 | | | " " |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 117 -- IN RE BONCOAT PRODUCTS LIABILITY LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Jeffrey H. Harrison, Esquire<br>Daniel, Clampett, Ellis, Rittershouse & Dalton<br>Suite 426, Woodruff Building<br>Springfield, Missouri 65805 | MARTIN MARIETTA CORP. (A-1)   Movant<br>　Turner, Reid & Duncan<br>　Empire Bank Building<br>　Springfield, Missouri 65804<br><br>　Buell F. Weathers, Esquire<br>　Mann, Walter, Burkart & Weathers<br>　810 Landers Building<br>　Springfield, Missouri<br>　(417--862-7037) |
| A-2 | ~~James D. Blount, Jr.~~, Esquire<br>Post Office Box 750<br>Raleigh, North Carolina 27062 | M & D ENTERPRISES, INC. D/B/A M & D CORPORATION<br>　Robert M. Clay, Esquire<br>　Suite 508, First Federal Bldg.<br>　Post Office Box 2447<br>　Raleigh, North Carolina 27602<br><br>WILLIAM A. DUGUID CO.<br>　James L. Newsom, Esquire<br>　423 Central Carolina Bank Bldg.<br>　Durham, North Carolina<br><br>PAUL M. RUDOLPH<br>　Young, Moore & Henderson<br>　~~1305 Durham Life~~ Building<br>　Raleigh, North Carolina 27602<br><br>~~WILLIAM A. DUGUID CO.~~<br>ARGONAUT INSURANCE COMPANY<br>　William C. Harriss, Esquire<br>　Powe, Porter & Alphin<br>　Post Office Box 3843<br>　Durham, North Carolina 27702<br><br>DANIEL CONSTRUCTION CO.<br>　Maupin, Taylor & Ellis<br>　33 W. Davie Street<br>　Raleigh, North Carolina<br><br>MARTIN MARIETTA CORP.<br>　Perry C. Henson, Esquire<br>　501 Wachovia Bldg.<br>　P. O. Box 2288<br>　Greensboro, N. C. 27402 |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  117  --  In re Boncoat Products Liability Litigation

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ Martin Marietta Corp. | A-1(3d-pty def. in A-2) |
| ✓ Daniel Construction Co., Inc. | A-2 |
| ✓ William A. Duguid Co. | A-2 |
| ✓ M and D Enterprises, Inc., d/b/a MD Corp. | A-2 |
| ✓ Paul M. Rudolph | A-2 |
| ✓ Argonaut Insurance Co. | 3d-pty def. in A-2 |